AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CARLA Y. WILLIAMS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | 18CV62424 |
| UNITED STATES POSTAL SERVICE | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States Postal Service
c/o United States Attorney
Southern District of Florida (Fort Lauderdale)
500 E. Broward Blvd.
Fort Lauderdale, FL 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan M. Kirby, Esquire
RUBENSTEIN LAW, P.A
2 South University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661 6000 / Fax: (954) 515 5795

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 11, 2018

Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARLA Y. WILLIAMS *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) )  18CV62424 |
| UNITED STATES POSTAL SERVICE *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States Postal Service
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan M. Kirby, Esquire
RUBENSTEIN LAW, P.A
2 South University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661 6000 / Fax: (954) 515 5795

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 11, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts